AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF R I

UNITED STATES OF AMERICA
V.
Onesimo Gonzalez - Victorino

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: 1:07M60A

I, Mr. Gonzalez, charged in a ☒ complaint ☐ petition pending in this District with R.I in violation of Title 8, U.S.C., 1326, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☒ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☒ examination ☐ hearing.

[signature]
~~Defendant~~ Counsel

6-18-7
Date

X Onesimo Gonzalez
~~Counsel for~~ Defendant