# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

***Case No. 1:07-M-60A***

***To:*** ***USICE***
***SIEA at SUFFOLK***

YOU ARE HEREBY COMMANDED, to have the **body** of **ONECIMO GONZALEZ-VICTORINO**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Lincoln D. Almond**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **2:00 o'clock p.m.**, on the **18th** day of **June, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

**PLEASE HAVE DEFENDANT AT COURTHOUSE FOR 9:00 A.M.**

I hereby [illegible]
[illegible]
[illegible]
on the date and time [illegible]

Deputy U.S. Marshal

WITNESS the Honorable **Lincoln D. Almond**

United States Magistrate Judge at Providence, RI
Dated: June 15, 2007.

David A. DiMarzio, Clerk

***by*** ***Martha Saucier - Deputy Clerk***

INITIAL APPEARANCE